UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0172--CV (JWS)
"WILLIAM R. BAILEY V CORRECTIONS CORP OF ET AL"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/21/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    28:1441(B)
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 07/21/05 receipt # 00126194
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BAILEY, WILLIAM R. | William Bailey<br>Pro Per<br>Spring Creek Corr Facility<br>POB 5001<br>Seward, AK 99664 |
| DEF 1.1 | [T] ALASKA, STATE OF | No counsel found for this party! |
| DEF 2.1 | [T] DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 3.1 | ADDINGTON, MIKE | Michael D. Corey<br>Sandberg Wuestenfeld et al<br>701 W. 8th Avenue, Suite 1100<br>Anchorage, AK 99501<br>907-276-6363<br>FAX 907-276-3528 |
| DEF 4.1 | CORRECTIONS CORP OF AMERICA | Michael D. Corey<br>(see above)<br><br>Jennifer L. Holsman |
| DEF 5.1 | LUNA, FRANK | Michael D. Corey<br>(see above) |
| DEF 6.1 | STANSEL, KARL | Michael D. Corey<br>(see above) |
| DEF 7.1 | BINGHAM, REBECCA DR. | Michael D. Corey<br>(see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0172--CV (JWS)
"WILLIAM R. BAILEY V CORRECTIONS CORP OF ET AL"

Including terminated parties, excluding terminated counsel

Parties of Record:                                      Counsel of Record:

DEF 8.1          BRAZ, KEN                              Michael D. Corey
                                                        (see above)

DEF 9.1          SIMONS, CLIFFORD                       Michael D. Corey
                                                        (see above)

DEF 10.1         NORCROSS, DAVID                        Michael D. Corey
                                                        (see above)

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0172--CV (JWS)
                 "WILLIAM R. BAILEY V CORRECTIONS CORP OF ET AL"

                            For all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/21/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                     28:1441(B)
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 07/21/05 receipt # 00126194
           Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/21/05 | DEF 3-10 Notice of Removal from Superior Court of Alaska case 3AN-05-8403CI. |
| 2 - 1 | 07/21/05 | DEF 3-10 Notice to court of filing superior court file w/att exhs. |
| 3 - 1 | 07/21/05 | DEF 3-10 Service List. |
| 4 - 1 | 07/21/05 | DEF 4 Disclosure statement. |
| 5 - 1 | 07/26/05 | JWS Minute Order to Petitoners Subsequent to Removal.  Petitioners to file w/crt w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 6 - 1 | 07/28/05 | JWS Order re: defs filing of notice of removal & directions for filing docs in USDC; clk to send cy of PS12 & pro se handbook to plf. cc: cnsl, PSLC |
| 7 - 1 | 07/28/05 | DEF 3-9 Answer to Complaint. |
| 8 - 1 | 07/28/05 | DEF 3-9 Jury Demand. |
| 9 - 1 | 08/23/05 | DEF 4 motion of non-resident attorney, J. Holsman, to appear & participate w/att exh. |
| 10 - 1 | 08/25/05 | JWS Order granting mot of non-resident atty, J. Holsman, to appear & participate (9-1). cc: cnsl |
| 11 - 1 | 09/02/05 | PLF 1 motion to amend complaint w/att prop amended cmplt. |
| 12 - 1 | 09/13/05 | JWS Order granting mot to amend cmplt (11-1); clk to send cy of PS15 & pro se handbook to plf. cc: cnsl, PSLC |
| 13 - 1 | 09/13/05 | PLF 1 Complaint (1st Amended). |
| 14 - 1 | 09/14/05 | DEF 4 opposition to PLF 1 motion to amend complaint (11-1). |
| 15 - 1 | 09/23/05 | DEF 3-9 Answer to Amended Complaint. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0172--CV (JWS)
"WILLIAM R. BAILEY V CORRECTIONS CORP OF ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/07/05 | JWS Minute Order that proof of svc of amended cmplt is lacking; plf to file proofs of svc on defs served & serve other defs to comply w/FRCvP 4(m). cc: cnsl |
| 17 - 1 | 10/14/05 | PLF 1 Notice of service of process w/att exhs. |
| 18 - 1 | 10/31/05 | JWS Minute Order that proof of svc on DEF 10 is lacking re: amended cmplt; proof of svc of amended cmplt to be on file w/i 120 days of filing cmplt. cc: cnsl |
| 19 - 1 | 10/31/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 20 - 1 | 10/31/05 | DEF 3-9 Response to plf's motion regarding notice of service of process w/att exh. |
| 21 - 1 | 11/08/05 | PLF 1 motion (ex parte) to appoint USM to serve summons & complaint on D10 (summons & cy of 1st amended complaint are lodged) |
| 22 - 1 | 11/28/05 | DEF 3-10 Report re: S&P conf w/att exhs. |