**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>  Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>  Defendants. | Case No. A05-0172 CV (JWS)<br><br>ORDER REGARDING SERVICE |

On July 21, 2005, the defendants filed a notice of removal of a case filed in state court by William R. Bailey, a self-represented state prisoner.[1] In response to the Court's order regarding service of the amended complaint,[2] Mr. Bailey has requested that he be allowed to serve a summons and amended complaint upon David Norcross by U.S. Marshal.

However, Mr. Norcross has already appeared in this case through counsel, who filed the notice of removal on behalf of Mr. Norcross, with a copy of Mr. Bailey's

---

[1] See Docket No. 1.

[2] See Docket No. 18.

T:\Orders.05\1983\bailey service.wpd

23