Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.:  (602) 263-7310
Facsimile No.: (602) 651-7507
Attorneys for Defendant
E-Mail:
dstruck@jshfirm.com
jholsman@jshfirm.com

## United States District Court

### District of Alaska at Anchorage

| | |
|---|---|
| **WILLIAM R. BAILEY,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,**<br><br>       **Defendants.** | Case No. A05-0172CV (JWS) |

### DEFENDANTS' MOTION TO TAKE DEPOSITION OF PRISONER

Defendants, through counsel, pursuant to Rules 26 and 30, Federal Rules of Civil

Procedure, requests leave of this Court to take the deposition of the prisoner, William Bailey,

1581969_1

**inmate #25590, who is presently incarcerated at the Springcreek Correctional Center on Monday, March 13, 2006 at 10:30 a.m., MST, (8:30 am, AKST), at Springcreek Correctional Center.**

**DATED this 1<u>st</u> day of February 2006.**

JONES, SKELTON & HOCHULI, P.L.C.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 1st day of February, 2006 a copy of the foregoing Motion to Take Deposition of Prisoner was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue
Room 229
Anchorage, Alaska 99513

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

Craig Turnbull
Superintendent, SCCC
PO Box 2109
Seward, AK 99664
Phone: 907-224-8200

Mary Sandy
Criminal Justice Tech
Springcreek Correctional Center
PO Box 2109
Seward, AK 99664
(facsimile)907-224-8145


s/Michael D. Corey



1581969_1