United States District Court
District of Alaska at Anchorage

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,<br><br>　　　　　Defendants. | Case No. A05-0172CV (JWS) |

**ORDER**

　　THIS COURT HEREBY ORDERS that the deposition of the prisoner, William Bailey, inmate #25590 at Springcreek Correctional Center will take place *telephonically* on Monday, March 13, 2006, at 10:30 a.m. MST, (8:30 am AKST), at the Springcreek Correctional Center.

　　DATED this _____ day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Timothy M. Burgess

　　　　　　　　　　　　　　　　　　　　　　　　_____

Certificate of Service

I hereby certify that on this 1st day of February, 2006 a copy of the foregoing Motion to Take Deposition of Prisoner was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue
Room 229
Anchorage, Alaska 99513

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

Craig Turnbull
Superintendent, SCCC
PO Box 2109
Seward, AK 99664
Phone: 907-224-8200

Mary Sandy
Criminal Justice Tech
Springcreek Correctional Center
PO Box 2109
Seward, AK 99664
(facsimile)907-224-8145


s/Michael D. Corey




1582896_1