MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Bailey v. Addington, et al.*
Case No. 3:05-cv-0172-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants move pursuant to Federal Rules of Civil Procedure 26 and 30(2) to telephonically depose Plaintiff, who is currently incarcerated. Docket No. 33. No opposition has been filed. The Court assumes that Defendants have made the appropriate arrangements with Spring Creek Correctional Center officials regarding the time and place for the deposition.

**IT IS THEREFORE ORDERED:**

The motion at **Docket No. 33** is **GRANTED**. The deposition of William Bailey, inmate # 25590 at Spring Creek Correctional Center, will take place telephonically on Monday, March 13, 2006, at 8:30 a.m. Alaska Standard Time, at the Spring Creek Correctional Center.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 10, 2006