Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.: (602) 263-7310
Facsimile No.: (602) 651-7507
dstruck@jshfirm.com
jholsman@jshfirm.com

*Attorneys for Defendant*

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>           Plaintiff,<br>v.<br><br>STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,<br><br>           Defendants. | Case No. A05-0172CV (TMB) |

DEFENDANTS' MOTION FOR COURT ORDER DEEMING DEFENDANTS' FIRST REQUEST FOR ADMISSIONS PROPOUNDED UPON PLAINTIFF ADMITTED

Defendants, through counsel, and pursuant to Rule 36(a), FED. R. CIV. P., respectfully requests this Court Order Defendants' Initial Requests for Admission and Non-Uniform Interrogatories propounded upon Plaintiff on January 19, 2006, be deemed admitted, based upon Plaintiff's failure to respond. This motion is

supported by the following Memorandum of Points and Authorities, attached exhibits and all pleadings on file with the Court.

MEMORANDUM OF POINTS AND AUTHORITIES

I.   BACKGROUND

In this lawsuit, Plaintiff alleges that the Defendants violated his constitutional rights after he was transported in a "hot" van from the hospital to Florence Correctional Center. This, Plaintiff alleges, violated his rights under 42 U.S.C. § 1983, was negligent and was deliberately indifferent to his medical needs.

Defendants served Plaintiff with Defendants' Initial Requests for Admission and Non-Uniform Interrogatories on January 19, 2006, requesting Plaintiff to admit that: (1) he did not file a grievance regarding the allegations contained in Plaintiff's Complaint; (2) that he did not suffer any injuries after riding in a van to Florence Correctional Center on May 29, 2003; (3) that no medical care provider has ever informed Plaintiff that he suffered an adverse medical condition after riding in a van to Florence Correctional Center on May 29, 2003; (4) that no medical care provider has ever informed Plaintiff that the medical care provided to him at Florence Correctional Center caused him to suffer an adverse medical condition; (5) that no medical care provider has ever informed Plaintiff that he suffered an aggravation of a pre-existing medical condition after riding in a van to Florence Correctional Center on May 29, 2003; (6) that Plaintiff did not

suffer an adverse medical condition after riding in a van to Florence Correctional Center on May 29, 2003; (7) that Plaintiff did not suffer an aggravation of a pre-existing medical condition after riding in a van to Florence Correctional Center on May 29, 2003; (8) that Defendants were not negligent in this matter; (9) that the Defendants were not deliberately indifferent to Plaintiff's medical needs; and (10) that Defendants did not violate Plaintiff's constitutional rights.[1]

Despite repeated efforts to obtain a response to Defendants' Initial Requests for Admission and Non-Uniform Interrogatories, to date, Plaintiff has failed to respond.[2] Accordingly, the Requests for Admissions must be deemed admitted.

II.   LEGAL ARGUMENT

Rule 36(a), FED. R. CIV. P., provides that a party may serve upon another party, a written request for admission relating to statements or opinions of fact, if the request pertains to matters which are relevant to the claim or defense of any part. *See* Rule 36(a), FED. R. CIV. P.; Rule 26(b)(1), FED. R. CIV. P. The party upon which the request for admission is served then has 30 days to admit or deny the request for admission. *See* Rule 36(a), FED. R. CIV. P. Specifically, Rule 36(a) provides:

---

[1] *See* **Defendants' Fist Request For Admissions To Plaintiff dated January 19, 2006, attached hereto as Exhibit 1.**

[2] *See* **correspondence sent to Plaintiff, attached as Exhibit 2. To date there has been no response.**

> The matter is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow or as the parties may agree to in writing, subject to Rule 29, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney.

Rule 36(a), FED. R. CIV. P. Consequently, where a party fails to respond to a request for admission within the requisite 30 day time period or such other time period as stipulated by the parties, the matter is deemed admitted for purposes of trial.

In this case, Defendant served Plaintiff with Defendants' Initial Requests for Admission and Non-Uniform Interrogatories on January 19, 2006. Pursuant to the rules, Plaintiff's response was due on or about February 18, 2006. To date, there has been no response provided by the Plaintiff.

Because Plaintiff has failed to respond to Defendants' Initial Requests for Admission and Non-Uniform Interrogatories, Rule 36(a), FED. R. CIV. P., provides that the matters set forth in Defendants' First Request For Admissions To Plaintiff are to be admitted for purposes of trial.

### III.   CONCLUSION

Based upon the foregoing, Defendants respectfully request this Court deem Defendants' Initial Requests for Admission and Non-Uniform Interrogatories admitted.

1604654_1

DATED this 3rd day of April 2006.

    s/Michael D. Corey
Sandberg, Wuestenfeld & Corey
Michael D. Corey, ABA#8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone:  (907)276-6363
Fax:  (907)276-3528
E-Mail:  mdc@aol.com

Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
 Phone: (602) 263-7310
 Fax: (602) 651-7507
E-Mail: dstruck@jshfirm.com
        jholsman@jshfirm.com

*Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 3rd day of April, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

s/Michael D. Corey

1604654_1