..

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>        Plaintiff,<br>v.<br><br>STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,<br><br>        Defendants. | Case No. A05-0172CV (TMB) |

<u>ORDER</u>

Upon consideration of Defendant Corrections Corporation of America's Motion For Court Order Deeming Defendants' First Request For Admissions Propounded Upon Plaintiff Admitted, and good cause appearing therefore, it is hereby ORDERED deeming Defendants' First Request For Admissions To Plaintiff admitted for purposes of trial, based upon Plaintiff's failure to respond to Defendants' discovery request.

1604656_1

DATED this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on this
3rd day of April, 2006 a copy
of the foregoing was served
electronically and by regular
U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

s/Michael D. Corey

1604656_1