# Exhibit 1

Bailey v. CCA
CV No. A-05-0172

Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.: (602) 263-7310
Facsimile No.: (602) 651-7507
Attorneys for Defendant
E-Mail:
dstruck@jshfirm.com
jholsman@jshfirm.com

# United States District Court
## District of Alaska at Anchorage

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,<br><br>Defendants. | Case No. A05-0172CV (JWS)<br><br> |

## DEFENDANTS' INITIAL REQUESTS FOR ADMISSION AND NON-UNIFORM INTERROGATORIES TO PLAINTIFF WILLIAM BAILEY

Pursuant to Rule 36(a), Federal Rules of Civil Procedure, Defendants hereby request Plaintiff, William Bailey, to respond to each of the following Requests for Admissions separately

and fully in writing, under oath, and that the responses be served upon defendants within thirty (30) days after service of these requests for admissions.

**REQUESTS FOR ADMISSIONS**

1. Admit that Plaintiff did not file a grievance regarding the allegations contained in Plaintiff's Complaint.

    Admit _____ Deny _____

2. Admit that Plaintiff did not suffer any injuries after riding in a van at Florence Correctional Center on May 29, 2003.

    Admit _____ Deny _____

3. Admit that no medical care provider has ever informed Plaintiff that he suffered an adverse medical condition after riding in a van at Florence Correctional Center on May 29, 2003.

    Admit _____ Deny _____

4. Admit that no medical care provider has ever informed Plaintiff that the medical care provided to Plaintiff at Florence Correctional Center caused him to suffer an adverse medical condition.

    Admit _____ Deny _____

5. I admit that no medical provider has ever informed Plaintiff that he suffered an aggravation of a pre-existing medical condition after riding in a van at Florence Correctional Center on May 29, 2003.

    Admit _____ Deny _____

6. Admit that Plaintiff did not suffer any adverse medical condition after riding in a van at Florence Correctional Center on May 29, 2003.

    Admit _____ Deny _____

7. Admit that Plaintiff did not suffer an aggravation of a pre-existing medical condition after riding in a van at Florence Correctional Center on May 29, 2003.

   Admit _____    Deny _____

8. Admit that the Defendants were not negligent in this matter.

   Admit _____    Deny _____

9. Admit that the Defendants were not deliberately indifferent to Plaintiff's medical needs.

   Admit _____    Deny _____

10. Admit that Defendants did not violate your constitutional rights.

    Admit _____    Deny _____

## NON-UNIFORM INTERROGATORIES

1. If Plaintiff's response to any of the above Requests for Admission is anything other than an unqualified admission, give the number of each request and state in detail the grounds for Plaintiff's denial, objection, inability or refusal to admit each such Request.

2. If Plaintiff responded that he was unable to admit or deny any Requests for Admission, identify the reasonable inquiry made to answer the Requests, including all witnesses or exhibits examined in order to answer the Requests for Admission.

DATED this __19__ day of January 2006.

JONES, SKELTON & HOCHULI, P.L.C.

BY _Jennifer Holsman_
Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012

Sandberg, Wuestenfeld & Corey
Michael D. Corey
ABA #8511130
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501

Attorneys for Defendants, *State of Alaska, Marc Antrim, Department of Corrections, Dr. R. Bingham, Brenda Ortiz and Corrections Corporation of America*

**ORIGINAL/ONE COPY** of the foregoing mailed this __19__ day of January, 2006 for filing to:

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

*Colleen Webb*

1576468_1