# Exhibit 2

Bailey v. CCA
CV No. A-05-0172

# JONES, SKELTON & HOCHULI, P.L.C.

**DANIEL P. STRUCK**
Partner
Phone: (602) 263-7323
Fax: (602) 200-7811
E-Mail: dstruck@JSHFIRM.com

**JENNIFER L. HOLSMAN**
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: jholsman@jshfirm.com

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

March 22, 2006

William R. Bailey
SPRINGCREEK CORRECTIONAL CENTER
P.O. Box 5001
Seward, Alaska 99664



Re: *William R. Bailey v. CCA, et al. (#4)*
Civil Cause No. 3AN 05-6030 CI
In the District Court for the State of Alaska at Anchorage

*William R. Bailey v. CCA and Luna (#5)*
Civil Cause No. A-05-0172
In the District Court for the State of Alaska at Anchorage

Dear Mr. Bailey:

As you know, we have sent you several letters regarding the HIPPA compliant authorizations sent to you many months ago. As of the date of this letter we have not yet received the releases. Please return the releases within two weeks of this letter so that we may proceed with discovery.

In addition, Plaintiff's responses to Defendants' discovery requests in Civil Case 05-0172 are long overdue. Please also forward Plaintiff's responses to Defendants' discovery requests within one week of the date of this letter.

We look forward to your prompt reply. If you have any questions in the meantime, please free to contact me.

Sincerely,

*Jennifer Holsman*

Daniel P. Struck
Jennifer L. Holsman
For the Firm

JLH/cjw

1604682_1