RECEIVED
APR 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

WILLIAM R. BAILEY,

    PLAINTIFF,

Vs.

MIKE ADDINGTON, KEN BRAZ,
FRANK LUNA, DR. REBECA BINGHAM,
KARL STANSEL. CLIFFORD SIMONS,
DAVID NORCROSS, CORRECTIONS
CORPORATION OF AMERICA,
INDIVIDUALLY AND OFFICIALLY

    DEFENDANTS.

CASE No. A05-0172 Cv.(TMB)

### ORDER

The court being fully advised in the premises hereby deny Defendant's motion to deem Admissions requested Admitted.

It's further ordered pursuant to Fed. R. Civ. Proc. 36(b) that Plaintiff is Granted 30-days, to submit responses to the propounded requests for Admissions by Defendant's.

It's so ordered.

Dated this____, day of_____, 2006.

                                              Timothy M. Burgess
                                              UNITED StATES DISTRICT JUDGE