Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.:  (602) 263-7310
Facsimile No.: (602) 651-7507
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey, Bar #8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Telephone No.:  (907)276-6363
Facsimile No.:  (907)276-3528
mdc1@aol.com

*Attorneys for Defendant*

United States District Court

District of Alaska at Anchorage

| WILLIAM R. BAILEY, | Case No. A05-0172CV (TMB) |
|---|---|
| Plaintiff, | |
| v. | |
| STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY, | |
| Defendants. | |

**REPLY IN RESPONSE TO PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANTS' MOTION  DEEMING IT'S REQUESTS TO PLAINTIFF ADMITTED**

Defendants Corrections Corporation of America, Addington, Braz, Luna, Bingham, Stansel, Simons and Norcross, submit this Reply in Support of their Motion Deeming It's Requests to Plaintiff Admitted.

Plaintiff asserts that the "principle that if no response to a request for admission is timely submitted the request is deemed admitted is not as black and white as it may suggest, because this aspect of the rule is not mandatory."[1] Plaintiff's assertion is not supported by the Federal Rules of Evidence or case authority.

Rule 36, Federal Rules of Civil Procedure, requires a party, whether they are represented by counsel or not, to submit responses to Requests for Admission. There is no exception to this rule. Regardless, Defendants outlined the deadline for Plaintiff in the Requests for Admission, by advising that a response was due within 30 days of service. Defendants then followed up with Plaintiff regarding the responses after he failed to comply with the response deadline.

Plaintiff's motion seems to suggest that because there are alleged issues regarding "choice of law, Erie Doctrine, where law of sitting state will apply, and discovery," he doesn't need to answer discovery.[2] There is no explanation, other than this

---

1 *See* page 1 of Plaintiff's Motion in Opposition to Defendant's (sic) Motion Deeming It's Requests to Plaintiff Admitted.
2 *See* page 2 of Plaintiff's Motion in Opposition to Defendant's (sic) Motion Deeming It's Requests to Plaintiff Admitted.

unsupportable assertion, as to why Plaintiff failed to respond to Defendants' Requests for Admission.  Thus, there is no good faith basis for Plaintiff's blatant failure to comply with the Federal Rules of Civil Procedure.

Because Plaintiff failed to comply with the discovery rules, Defendants respectfully request that their Requests for Admission be Deemed Admitted.

DATED this 20th day of April 2006.

>s/Michael D. Corey
>Sandberg, Wuestenfeld & Corey
>Michael D. Corey, ABA#8511130
>701 W. 8th Avenue, Suite 1100
>Anchorage, Alaska 99501
>Phone:  (907)276-6363
>Fax:  (907)276-3528
>E-Mail:  mdc@aol.com
>
>Daniel P. Struck
>Jennifer L. Holsman
>2901 North Central Avenue, Suite 800
>Phoenix, Arizona  85012
>Phone: (602) 263-7310
>Fax: (602) 651-7507
>E-Mail: dstruck@jshfirm.com
>         jholsman@jshfirm.com
>
>*Attorneys for Defendant*

Certificate of Service

I hereby certify that on this 20th day of April, 2006 a copy of the foregoing was served electronically and by regular U.S. Mail on:

Clerk of the Court
United States District Court, District of
 Alaska at Anchorage
222 W. 7th Avenue, Room 229
Anchorage, Alaska 99513

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

s/Michael D. Corey