IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>                    Plaintiff,<br><br>      vs.<br><br>STATE OF ALASKA, et al.,<br><br>                    Defendants. | Case No.  3:05-cv-172  TMB<br><br><br>O R D E R |

On January 19, 2006, Defendants served Requests for Admission and Non-Uniform Interrogatories on Plaintiff.  Docket 35.  Plaintiff has failed to answer the discovery requests. Defendants seek an order from this Court deeming the requests "admitted" pursuant to Fed.R.Civ.P. 36(a).  Docket 35.  Plaintiff opposes the motion, and Defendants have replied.  Docket Nos. 36 & 37.  Plaintiff essentially asks for more time to respond to the propounded requests.  Docket 36 at 4.

Rule 36 permits this court to allow a shorter or longer time to respond to Requests for Admission, although ideally a request for an extension of time would be sought before the expiration of the 30 day period.

Nevertheless, **it is hereby ordered** that Defendants' Motion to deem the requests admitted, (Docket 35), is denied without prejudice.  Plaintiff shall answer the Defendants' Initial Requests for Admission and Non-Uniform Interrogatories, and those answers shall be postmarked no later than May 15, 2006.  If Plaintiff fails to provide his answers by this date, Defendants may renew their motion, which will be well-taken by the Court.

Dated at Anchorage, Alaska, this 25th day of April 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge

1