**Exhibit 1**

Case 3:05-cv-00172-TMB     Document 40-2     Filed 05/23/2006     Page 1 of 4

# JONES, SKELTON & HOCHULI, P.L.C.

**DANIEL P. STRUCK**
Partner
Phone: (602) 263-7323
Fax: (602) 200-7811
E-Mail: dstruck@jshfirm.com

**JENNIFER L. HOLSMAN**
Phone: (602) 263-7310
Fax: (602) 651-7507
E-Mail: jholsman@jshfirm.com

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

COPY

May 8, 2006

William R. Bailey
SPRINGCREEK CORRECTIONAL CENTER
P.O. Box 5001
Seward, Alaska 99664

Re: *William R. Bailey v. CCA, et al.*
In the District Court for the State of Alaska at Anchorage
Civil Cause No. A05-0172(CV)(JWS)

Dear Mr. Bailey:

Enclosed is a copy of the Court Order requiring the parties to "confer and prepare a joint status report" by May 23, 2006. Our office would be happy to coordinate the compilation and filing of the status report. Please forward Plaintiff's portions of the status report by May 15, 2006. We will then insert Defendants' additions. A final copy will then be forwarded to you for approval, if time allows.

We look forward to receiving your prompt reply. If you have any questions in the meantime, please feel free to contact us.

Sincerely,

*Jennifer Holsman*

Daniel P. Struck
Jennifer L. Holsman
For the Firm

Enclosure

1626191_1

**Exhibit 2**



# JONES, SKELTON & HOCHULI, P.L.C.

**DANIEL P. STRUCK**
TELEPHONE: (602) 263-7323
FAX: (602) 200-7811
E-MAIL: DSTRUCK@JSHFIRM.COM

**JENNIFER L. HOLSMAN**
TELEPHONE: (602) 263-7310
FAX: (602) 651-7587
E-MAIL: JHOLSMAN@JSHFIRM.COM



2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

May 19, 2006

William R. Bailey
Springcreek Correctional Center
P.O. Box 5001
Seward, Alaska 99664

   Re: William R. Bailey v. CCA, et al.
     In the District Court for the State of Alaska at Anchorage
     Civil Cause No. A05-0172(CV)(JWS)

Dear Mr. Bailey:

  As you know, there is a "joint status report" due to the court on May 23, 2006. As of the date of this letter, we have not yet received your additions. Please forward your additions promptly so that we may incorporate them into the joint report. If we do not hear from you by May 22, 2006, we will be forced to file the report without your input.

  We look forward to receiving your prompt reply. If you have any questions in the meantime, please feel free to contact us.

Sincerely,

*Jennifer Holsman*

Daniel P. Struck
Jennifer L. Holsman
For the Firm

Enclosures
JLH/cjw

1631398.1