Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.:  (602) 263-7310
Facsimile No.: (602) 651-7507
Attorneys for Defendant
E-Mail:
dstruck@jshfirm.com
jholsman@jshfirm.com

## United States District Court

### District of Alaska at Anchorage

| | |
|---|---|
| **WILLIAM R. BAILEY,** | Case No. A05-0172CV (JWS) |
| **Plaintiff,** | |
| v. | |
| **STATE OF ALASKA, DEPART OF CORRECTIONS, MIKE ADDINGTON, KEN BRAZ, FRANK LUNA, KARL STANSEL, DR. REBBECA BINGHAM, CLIFFORD SIMONS, DAVID KNORCROSS, CORRECTIONS CORPORATION OF AMERICA, INDIVIDUALLY AND OFFICIALLY,** | |
| **Defendants.** | |

NOTICE OF SERVICE OF DEFENDANTS' SECOND EXPERT DISCLOSURE STATEMENT

Defendants State of Alaska, Department of Corrections, Mike Addington, Ken Braz, Frank Luna, Karl Stansel, Dr. Rebecca Bingham, Clifford Simons, and Corrections Corporation of America (CCA), advise the Court that they served their Second Expert Disclosure Statement on Plaintiff on June 15, 2006, by regular U.S. Mail.

DATED this 14th day of July, 2006.

JONES, SKELTON & HOCHULI, P.L.C.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

<u>Certificate of Service</u>

I hereby certify that on this 14th day of July, 2006 a copy of the foregoing <u>NOTICE OF SERVICE OF DEFENDANTS' SECOND EXPERT DISCLOSURE STATEMENT</u> was served by U.S. Mail on:

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*


<u>s/Michael D. Corey</u>