William R. Bailey, #25590
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

RECEIVED
AUG 18 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM R. BAILEY,<br><br>        PLAINTIFF,<br><br>Vs.<br><br>CORRECTIONS CORPORATION<br>OF AMERICA, et al.,<br><br>        DEFENDANTS. | CASE No. A05-0172CV (TMB) |

### PLAINTIFF MOTION FOR EXTENSION OF DISCOVERY

Comes now the Plaintiff, William R. Bailey, in propria persona motions the court for extension of time in which to seek additional discovery. The grounds for this motion include:

1. The extension is required so that Plaintiff might ascertain additional written discovery, and prepare for dispositive pleadings.

2. The extension of the discovery deadline which is, August 18, 2006, will also necessitate that PLaintiff seek leave of the court to submit late filed final witness list as well.

This motion is further supported by the attached affidavit.

Respectfully submitted this 16th day of August, 2006 at Seward, Alaska.

_____
William R. Bailey, Pro per,
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

Plaintiff's Motion For Extension Of Time
Bailey v. Corr. Corp. Am. et al.,
CASE No. A05-0172CV. (TMB)                                                       Page 1

1

2 CERTIFICATE OF SERVICE
I hereby under the pains of penalty certify that
the foregoing motion, affidavit, and order,
3 was mailed( ✓ ) on 8/16/06

4 To:
   Michael D. Corey
5  701 W. 8th Ave., Suite # 1100
   Anchorage, Alaska, 99501

6

7 by. *[signed] W____ L. Bailey*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 Plaintiff's Motion For Extension Of Time
Bailey v. Corr. Corp. Am. et al.,
CASE No. A05-0172CV (TMB)                                Page 2