UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

WILLIAM R. BAILEY,

    PLAINTIFF,

Vs.

CORRECTIONS CORPORATION
OF AMERIC, et al.,

    DEFENDANTS.

CASE No. A05-0172CV (TMB)

---

## O R D E R

This matter having come before the court on Plaintiff's motion for extension of the discovery deadline on August 18, 2006.

The court having viewed the party's motions, and being advised in the premises, HEREBY GRANT, Plaintiff___additional days for discovery.

**Its so ordered.**

Dated this____,day of_____,2006, at Anchorage, Alaska.

_____
HON. TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

RECEIVED AUG 1 8 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA