Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone No.:  (602) 263-7310
Facsimile No.: (602) 651-7507
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey, Bar #8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Telephone No.:  (907)276-6363
Facsimile No.:  (907)276-3528
mdc1@aol.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WILLIAM R. BAILEY, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>STATE OF ALASKA, DEPARTMENT OF )<br>CORRECTIONS, MIKE ADDINGTON, )<br>DIRECTOR OF INSTITS. CORRECTIONS )<br>CORPORATION OF AMERICA, dba )<br>FLORENCE CORRECTIONAL CENTER, )<br>FRANK LUNA, WARDEN OF FCC, KARL )<br>STANSEL, CHIEF OF SECURITY AT FCC.,)<br>Dr. REBECCA BINGHAM, MEDICAL DIR. )<br>OF (DOC), KEN BRAZ, CHIEF OF CLASS.)<br>FOR(DOC), CLIFFORD SIMONS, PO. III,)<br>AT (SCCC), DAVID NORCROSS, (PA) AT )<br>(SCCC)INDIVIDUALLY AND OFFICIALLY, )<br>)<br>            Defendants. )<br>_____) | Case No. A05-172 Civil |

1

**NOTICE OF SERVICE OF DEFENDANTS' THIRD SUPPLEMENTAL DISCLOSURE STATEMENT**

Defendants State of Alaska, Department of Corrections, Mike Addington, Ken Braz, Frank Luna, Karl Stansel, Dr. Rebecca Bingham, Clifford Simons, and Corrections Corporation of America (CCA), David Knorcross advise the Court that they served their Third Supplemental Disclosure Statement on August 18, 2006, by regular U.S. Mail.

**DATED this 18th day of August, 2006.**

JONES, SKELTON & HOCHULI, P.L.C.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
     ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone:  (907) 276-6363
Fax:  (907)276-3528
E-Mail:  mdc1@aol.com
Attorneys for Defendant

<u>Certificate of Service</u>

I hereby certify that on this 18th day of
August, 2006 a copy of the foregoing
Notice of Service of Defendants'
Third Supplemental Disclosure Statement was served by
regular U.S. Mail on:

William R. Bailey, #25590
Springcreek Correctional Ctr.
P.O. Box 5001
Seward, Alaska 99664
Plaintiff *Pro Per*

<u>s/Michael D. Corey</u>