Daniel P. Struck, Bar No. 012377
Jennifer L. Holsman, Bar No. 022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602) 263-7310
Fax: (602) 200-7811
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

*Attorneys for Defendants, Corrections Corporation of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| William R. Bailey, | Case No. A05-0172 CIV |
| Plaintiff, | |
| v. | **(The Honorable William F. Morse)** |
| Corrections Corporation of America, et al, | |
| Defendants, | |

### DEFENDANTS' SEPARATE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants submit this Separate Statement of Facts in Support of their Motion for Summary Judgment as follows:

The Alaska Department of Corrections ("ADOC") has a contract with Corrections Corporation of America ("CCA"), to house Alaskan inmates in Arizona facilities.(*See*

1681727.1

Plaintiff's Complaint).

1. As a result of the contract between ADOC and CCA, Plaintiff was transferred to FCC, a facility operated by CCA.(*See* Plaintiff's Complaint).

2. Plaintiff asserts that on or about May 28, 2003, he was transported to a local hospital after complaining of chest discomfort and palpitations. (*See* Plaintiff's Complaint).

3. After an overnight stay in the hospital, Plaintiff was transported back to FCC on May 29, 2003. (*See* Plaintiff's Complaint).

4. During the transport back to FCC, Plaintiff alleges that the van he was traveling in was too hot. (*See* Plaintiff's Complaint).

5. Allegedly, because the temperature was warm, he began feeling weak and dizzy. (*See* Plaintiff's Complaint).

6. Plaintiff alleges that he also "dry-heaved" and "fell unconscious." (*See* Plaintiff's Complaint).

7. Upon arriving to the facility, Plaintiff was taken to the medical unit where he received medical care and found to be "asymptomatic." (*See* Dr. O'Steene's Expert Report, attached as Exhibit 2 to the Motion for Summary Judgment).

8. Plaintiff did not have any follow up treatment, as none was requested and none was needed. (*See* Plaintiff's Complaint).

9. On May 25, 2005, Plaintiff filed a Complaint against the Defendants alleging: (1) a Monell claim against Mike Addington, Ken Braz, Dr. Rebecca

Bingham, Clifford Simons and David Norcross for creating a "dangerous environment"; (2) deliberate indifference to medical care, an alleged violation of his Eighth Amendment rights, against Frank Luna, Karl Stansel and Corrections Corporation of America; (3) deliberate indifference to medical care against Clifford Simons for "failing to act to ensure that plaintiff's medical condition was properly included in the transfer packet; (4) a breach of contract claim against the Defendants, which was an alleged violation of Plaintiff's Fourteenth Amendment rights; and (5) a deliberate indifference claim against David Norcross and Dr. Bingham for failing to adequately fill out the medical summary for prisoner transfers form or exclude Plaintiff from transfer to Arizona. (*See* Plaintiff's Complaint).

10. Plaintiff seeks compensatory punitive damages. (*See* Plaintiff's Complaint)

DATED this _____ day of _____, 2006.

JONES SKELTON & HOCHULI

BY _____
Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants, Corrections Corporation of America

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

Attorneys for Defendants, Corrections Corporation of America

Original e-filed with the
Court this    day of April, 2006.

COPY mailed the same day to:

William R. Bailey
#25590
Springcreek Correctional Center
PO Box 5001
Seward, Alaska, 99664
*Plaintiff Pro Se*

1681727.1                                          4