Daniel P. Struck, Bar No. 012377
Jennifer L. Holsman, Bar No. 022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602) 263-7310
Fax: (602) 200-7811
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

*Attorneys for Defendants, Corrections Corporation of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| William R. Bailey, | Case No. A05-0172 CIV |
| Plaintiff, | (The Honorable Timothy M. Burgess) |
| v. | |
| Corrections Corporation of America, et al, | |
| Defendants, | |

## NOTICE OF FILING NOTARIZED EXPERT REPORT

Defendant Corrections Corporation of America, through counsel, hereby files into the record of this matter the signed and notarized Expert Report of Dr. Jon O'Steene (attached as Exhibit 1).

1  DATED this 18th day of September, 2006.

2  JONES, SKELTON & HOCHULI, P.L.C.

3

4  BY __/s/Jennifer L. Holsman_____
    Daniel P. Struck, Bar No. 012377
5      Jennifer L. Holsman, Bar No. 022787
    Jones, Skelton & Hochuli, P.L.C.
6      2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
7
    Michael D. Corey
8      SANDBERG, WUESTENFELD & COREY
9      ABA #8511130
    701 W. 8th Avenue, Suite 1100
10     Anchorage, Alaska 99501
    Phone: 907-276-6363
11
    *Attorneys for Defendants, Corrections*
12     *Corporation of America*

13 Original e-filed with the
Court this 18th day of September, 2006.
14
COPY mailed the same day to:
15
William R. Bailey
16 #25590
Springcreek Correctional Center
17 PO Box 5001
Seward, Alaska, 99664
18 *Plaintiff Pro Se*

19
/s/ Peggy Sue Trakes
20 1682160.1

21

22

23

24

25

26

2