Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
dstruct@jshfirm.com
jholsman@jshfirm.com
Telephone(602) 263-7323

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 100
Anchorage, Alaska 99501
Telephone(907) 276-6363

*Attorneys for Defendants, Corrections Corporation of America*

**United States District Court**

**District of Alaska at Anchorage**

| | |
|---|---|
| William R. Bailey, | Case No. A05-0172 CIV |
| Plaintiff, | |
| v. | **(The Honorable Timothy Burgess)** |
| Corrections Corporation of America, et al, | |
| Defendants, | |

**NOTICE OF SERVICE CORRECTING DOCKET 47; CORRECTION OF ELECTRONIC SIGNATURE PAGE IS ATTACHED**

Defendant, State of Alaska, Department of Corrections, advises the Court that it has filed the correction of the electronic signature page correcting Docket 46. The corrected pages are attached hereto as Exhibit 1.

1          DATED this 20th day of August, 2006.

2                  JONES, SKELTON & HOCHULI, P.L.C.

4                  BY <u>/s/ Jennifer L. Holsman</u>
                       Daniel P. Struck
5                     Jennifer L. Holsman
                    2901 North Central Avenue, Suite 800
6                     Phoenix, Arizona 85012
               Attorneys for Defendants

7                    Michael D. Corey
8                    ABA #8511130
                   701 W. 8th Avenue, Suite 1100
9                    Anchorage, Alaska 99501
                   Attorneys for Defendants
10                   Telephone: (907) 276-6363

11                   *Attorneys for Defendants, Corrections Corporation of America*

13

14 Original e-filed with the
Court this 20th day of September, 2006.

15 COPY mailed the same day to:

16 William R. Bailey
#25590
17 Springcreek Correctional Center
PO Box 5001
18 Seward, Alaska, 99664
*Plaintiff Pro Se*

21 <u>/s/ Peggy Sue Trakes</u>

22 1682876.1

2