1  Plaintiff cannot make the proper showing to recover punitive damages. As set forth
2  throughout this Motion, at no time did the Defendants act with evil motive or intent, or
3  recklessly or with callous indifference to Plaintiff's Constitutional rights. Therefore,
4  Defendants are entitled to summary judgment on Plaintiff's punitive damages claim.

5  **III.  CONCLUSION.**

6          Defendants respectfully request that their Motion for Summary Judgment be
7  granted because: (1) applying choice of law principles, Plaintiff is not and cannot be a
8  third party beneficiary of the contract as he alleges and cannot therefore assert a claim for
9  alleged breach of contract under Alaska law; (2) Plaintiff cannot establish a prima facie
10 case for his "deliberate indifference" claims against Defendants; (3) Plaintiff cannot
11 establish a prima face case for his *Monell* claim; and (4) Plaintiff is not entitled to punitive
12 damages.

13          DATED this 18th day of September, 2006.

14                              JONES, SKELTON & HOCHULI, P.L.C.

16                              BY  /s/Jennifer L. Holsman
                                    Daniel P. Struck, Bar No. 012377
17                                  Jennifer L. Holsman, Bar No. 022787
                                    Jones, Skelton & Hochuli, P.L.C.
18                                  2901 North Central Avenue, Suite 800
                                    Phoenix, Arizona 85012

20                                  Michael D. Corey
                                    SANDBERG, WUESTENFELD & COREY
21                                  ABA #8511130
                                    701 W. 8th Avenue, Suite 1100
22                                  Anchorage, Alaska 99501
                                    Phone: 907-276-6363

                                    *Attorneys for Defendants, Corrections
24                                  Corporation of America*

25 Original e-filed with the
   Court this 18th day of September, 2006.
26
                            Exhibit 1
                                13

1  COPY mailed the same day to:

2  William R. Bailey
   #25590
3  Springcreek Correctional Center
   PO Box 5001
4  Seward, Alaska, 99664
   *Plaintiff Pro Se*

5

6  /s/ Peggy Sue Trakes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Exhibit 1