Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
dstruct@jshfirm.com
jholsman@jshfirm.com
Telephone(602) 263-7323

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 100
Anchorage, Alaska 99501
Telephone(907) 276-6363

*Attorneys for Defendants, Corrections Corporation of America*

**United States District Court**

**District of Alaska at Anchorage**

| | |
|---|---|
| William R. Bailey, | Case No. A05-0172 CIV |
| Plaintiff, | |
| v. | **(The Honorable Timothy Burgexx)** |
| Corrections Corporation of America, et al, | |
| Defendants, | |

<u>**NOTICE OF SERVICE CORRECTING DOCKET 47; CORRECTION OF ELECTRONIC SIGNATURE PAGE IS ATTACHED**</u>

Defendant, State of Alaska, Department of Corrections, advises the Court that it has filed the correction of the electronic signature page correcting Docket 47.  The corrected page is attached hereto as Exhibit 1.

1  DATED this 20th day of August, 2006.

2  JONES, SKELTON & HOCHULI, P.L.C.

3

4  BY /s/ Jennifer L. Holsman
   Daniel P. Struck
5  Jennifer L. Holsman
   2901 North Central Avenue, Suite 800
6  Phoenix, Arizona  85012
   Attorneys for Defendants

7
   Michael D. Corey
8  ABA #8511130
   701 W. 8th Avenue, Suite 1100
9  Anchorage, Alaska 99501
   Attorneys for Defendants
10 Telephone: (907) 276-6363

11 *Attorneys for Defendants, Corrections Corporation of America*

12

13
   Original e-filed with the
14 Court this 20th day of September, 2006.

15 COPY mailed the same day to:

16 William R. Bailey
   #25590
17 Springcreek Correctional Center
   PO Box 5001
18 Seward, Alaska, 99664
   *Plaintiff Pro Se*

19

20

21 /s/ Peggy Sue Trakes

22 1682882.1

23

24

25

26