DATED this 18th day of September, 2006.

JONES SKELTON & HOCHULI

BY /s/Jennifer L. Holsman
Daniel P. Struck
Jennifer L. Holsman
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants, Corrections
Corporation of America

Michael D. Corey
SANDBERG, WUESTENFELD &
 COREY
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

Attorneys for Defendants, Corrections
Corporation of America

Original e-filed with the
Court this 18th day of April, 2006.

COPY mailed the same day to:

William R. Bailey
#25590
Springcreek Correctional Center
PO Box 5001
Seward, Alaska, 99664
*lPaintiff Pro Se*

/s/ Peggy Sue Trakes

Exhibit 1

1681727.1                                4