1  William R. Bailey, #25590
   Springcreek Correctional Ctr.
2  Po Box 5001
   Seward, Alaska, 99664

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

WILLIAM R. BAILEY,

    PLAINTIFF,

Vs.

MIKE ADDINGTON, CORRECTIONS CORPORATION OF AMERICA, et al.,

    DEFENDANTS.

CASE No. A05-  -0172 CIV (TMB)

### MOTION FOR LEAVE OF THE COURT FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Comes Now the Plaintiff, William R. Bailey, moves this court for an extension of time to respond to defendants motion for summary judgment dated 9/18/06. This motion is supported by the accompanying memorandum and affidavit.

Dated this 7th day of October, 2006, at Seward, Alaska.

*(signature)*
WILLIAM R. BAILEY, Pro per,
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

Plaintiff's Motion For Extension Of Time
Bailey v. Addington et al.,
CASE No. A05-05-0172CV.(TMB)

Page 1 of 1