William R. Bailey, #25590
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| WILLIAM R. BAILEY, | |
|---|---|
| PLAINTIFF, | |
| Vs. | |
| MIKE ADDINGTON, CORRECTIONS CORPORATION OF AMERICA, et al., | CASE No. A05-0172 CV.(TMB) |
| DEFENDANTS. | |

A F F I D A V I T

IN SUPPORT OF MOTION FOR LEAVE OF THE COURT TO OBTAIN
ADDITIONAL DISCOVERY TO STAVE OFF SUMMARY JUDGMENT

I, William R. Bailey, first being duly sworn and deposes the following:

1. I am the Plaintiff in the above action.

2. That I have been incarcerated all times relevant to this complaint since 2002,

3. That while in the custody for the Alaska Department of Corrections, I was hospitalized for what was initially believed to be a heart attack in 1985.

4. That Dr. Richard Anshutz, performed a angiogram to rule out the extent of any heart attack. (Attached as Exh.#1)

5. That as a result of Dr. Anshutz, diagnosis I was placed on a anti-arrhythmic medication by the name of Verapamil Sr 240mg.(Exh.#2)

Affidavit In Support
of Motion For Extension

6. That as a result of the Premature Ventricular Contractions, (PVC'S) degenerative osteoarthritis, rheumatoid arthritis, I was given a **Fully-Favorable** determination by John F. Bauer, of the Social Security Administration, in 2001. (See attached Exh.# 3 with expert evaluation and findings).

7. That on or about 1/15/03, I was classified by a PO I in training by the name of Michele Nettleton, to the "Alaska Arizona Unit." I informed Ms. Nettleton, that at that time I request not to be sent to Arizona as a result of the documented medical problems. Ms. Nettleton's response was that if I wanted a medical waiver, I needed to see the medical department.

8. On 1/28/03, I went to see the Institutional Health Care Officer, Defendant Norcross, whom is a Physician Assistant. I informed Defendant Norcross, that I have a history of heart problems and that I wished to be excluded from placement at the Arizona Detention Center. It was Defendant Norcross's position that he had nothing to do with transfers, and that everthing is being coordinated out of the Anchorage Central Office.(see Exh.# 4 "actually wanted Arizona waiver")

I attest under the pains and penalties of perjury that Exhibits 1, 2, and 4, marked "DOC med" # 1224 # 1223 and # 0251 respectively, are copies from my Department of Corrections medical file. Also, Exhibit # 3 is copies of "Notice of Decision-Fully-Favorable," from the Social Security Administration, Office of Hearings and Appeals, Seattle, WA. 98121. I further attest that the foregoing documents are true and correct.

Further Affiant Sayeth Naught.

Dated this 7th this day of October, 2006, at Seward, Alaska.

SUBSCRIBED AND SWORN before me on this 10 day of October, 2006 at Seward, Alaska.

SEAL

NOTARY PUBLIC FOR THE STATE OF ALASKA
MY COMMISSION EXPIRES: 10/22/07