RADIOLOGIST REPORT


SISTERS OF PROVIDENCE
SERVING IN THE WEST SINCE 1856

NAME: BAILEY, WILLIAM          111454 554-01          3261559

MED. REC. NO.: 165041          DOB 10/18/85  11:12 BED          PATIENT NO.          RAD

PHYSICIAN: ANSCHUETZ MD/RICHARD 07  001156 #          PREV. X-RAY DATE

EXAM: BILAT CORONARY & LV SP

RADIOLOGY DEPARTMENT

LT. VENTRICULAR CINEANGIOGRAM AND BILATERAL SELECTIVE CORONARY ARTERIOGRAMS

Left ventricular cineangiogram in both oblique projections demonstrates normal chamber size, contractility, and emptying. The mitral valve and aortic outflow tract appears normal. There is some premature ventricular contractions.

Bilateral selective coronary arteriorgrams shows the right coronary artery to be dominant. Both coronary arteries are free of any significant atherosclerotic plaquing, stenosis, vessel occlusion, or other significant abnormalities.

IMPRESSION:   NORMAL LEFT VENTRICULAR CINEANGIOGRAM.

              NORMAL BILATERAL SELECTIVE CORONARY ARTERIOGRAMS.

                                        JOHN J. KOTTRA, M.D.
                                        RADIOLOGIST

JJK:blm

EXHIBIT # 1

MEDICAL RECORDS

DOC Med
1224