DOC Med

**BAILEY, William**

I contacted Dr. Don Thomas, who saw Mr. Bailey in consult in Soldotna when he was hospitalized with chest pain. He had an elevated CPK MB. His coronary angiography was normal, and he had some pain during catheterization, unassociated with any spasm. He had frequent PACs on Holter monitor. I gave the patient a prescription for Norpace CR 100 1 tablet b.i.d., which apparently the patient has not been taking.

I discussed with Dr. Thomas my thoughts that perhaps some of his symptoms were due to arrhythmias, that is why I thought a trial of a type 1 anti-arrhythmic might be useful. Perhaps he is having brief bursts of PSVT. Also, I mentioned that we could use Verapamil to try to block that. I think it is relatively unlikely that he has coronary spasm causing an MI, although certainly that possibility is there. If Norpace fails, I think a trial with a calcium blocker such as Verapamil might serve a dual purpose.


RICHARD A. ANSCHUETZ, M.D., F.A.C.C./gmm

cc: Don Thomas, M.D. - Soldotna

EXHIBIT # 2

DOC Med
1223