# Health Care Progress Notes

| S-Subjective | O-Objective | A-Assessment | P-Plan |

**Name:** Baily, William    **OBSCIS:** 25590    **Date of Birth:** 11-14-56

| Date | Time | SCCC – MEDICAL Comments | |
|---|---|---|---|
| 12-19-02 | | DNKA | |
| | | | |
| 12-23-02 | 1130 | DNKA. | |

01/02/03    MED REVIEW---BAILEY, WILLIAM    25590
1. ✓ VERAPAMIL ER 240MG PO Q DAY X 90    DX: HTN
2. ✓ DYAZIDE 50/25 TAB ONE PO Q DAY X 90    DX: HTN
3. ✓ SELENIUM SULFIDE USE X 1 ON ODD DAYS X 90    DX: Sebohhrea
4. ✓ ANUSOL OINTMENT PRN X 90 DAYS    DX: Hemorrhoids
5. ✓ TUCKS USE PRN X 90 DAYS    DX: Hemorrhoids
   D. NORCROSS, PA-C

1-15-03    Relafin 500 mg BID X 90 Days –
           see note 10-29-02

1-28-03    132/82  63 –
           C/O (R) side pain – some nausea –
           ∅ urine or stool changes –
           ∅ SOB  ∅ chest pain –
           O- alert ○ m○ –
           lungs clear bilat
           heart RRR S₁ S₂     Hx: Hep C ?
           abd liver WNL  ∅ organomegaly – B.S nl
           tender (R) rectus abdominus
           A = musculoskeletal tenderness (R) –
           inmate actually wanted Arizona waiver
           P = CBC, CMP, Lipids, PSA
           Hep B, C –
           F/U in 3 wks  2/18/03

EXHIBIT # 4