Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 100
Anchorage, Alaska 99501
Phone:(907)276-6363
Fax:  (907)276-3528
E-Mail:  mdc1@aol.com

Daniel P. Struck, Bar #012377
Jennifer L. Holsman, Bar #022787
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone No.:(602) 263-7310
Facsimile No.:(602) 651-7507
E-Mail:  dstruck@jshfirm.com
         jholsman@jshfirm.com

Attorneys for Defendants

**United States District Court**

**District of Alaska at Anchorage**

| William R. Bailey, | **Case No. A05-0172CV (JWS)** |
|---|---|
| Plaintiff, | |
| v. | |
| Corrections Corporation of America, et al, | |
| Defendants, | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, through counsel, submit this Response to Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment.[1]

---

[1] Defendants intend this Response to cover the three October 12, 2006, filings by Plaintiff: (1) Motion for Extension of Time (Docket 54); (2) Memorandum of

1704031.1

1  Although Plaintiff's Response to Defendants' Motion for
2  Summary Judgment was due on October 6, 2006, Defendants do not
3  have any objection to a reasonable extension of time for
4  Plaintiff to file a Response.[2]

5  Defendants do, however, object to Plaintiff's request
6  for additional time to conduct discovery. Plaintiff's October 12,
7  2006 filings, appears to be a Motion for Reconsideration of the
8  Court's Order denying Plaintiff's Motion to Extend Fact
9  Discovery.[3] For example, Plaintiff's Motions state, "That justice
10 would require at a minimum that Plaintiff should be granted
11 additional time to obtain discovery from defendants. The
12 pleadings…[t]his court should allow Plaintiff the due process
13 opportunity to obtain the necessary documents from defendants so
14 as to ensure equitable adversarial process."[4]

15 This Court has previously denied Plaintiff's Motion for
16 Extension of Time to Conduct Discovery. For reasons articulated
17 in Defendants' Response to that Motion, Plaintiff has failed to
18 set forth a "good cause" reason for modifying the Rule 16
19 Scheduling Order in this case. Further, Defendants would be
20 prejudiced by an extension of time for Plaintiff to conduct fact

---

Law in Support of Motion or Extension of Time to Respond to Motion for Summary Judgment (Docket 55); and (3) Affidavit regarding Motion for Extension of Time (Docket 56) (hereinafter referred to as "Plaintiff's Motions").

[2] *See* Court Order regarding due date of Plaintiff's Response to Defendants' Motion for Summary Judgment, dated October 4, 2006 (Docket 53).

[3] *See* Memorandum of Law in Support of Motion for Extension of Time to Respond to Motion for Summary Judgment (Docket Number 55); *see also* September 28, 2006, Court Order denying Plaintiff's Motion for Extension of Time to Complete Fact Discovery (Docket Number 52).

[4] *See* Plaintiff's Memorandum in Support of Motion for Extension (Docket Number 55).

1  discovery at this late stage in litigation, because they have
2  complied with the deadlines established by the Court.  Thus, an
3  extension would reward Plaintiff's non-diligence and non-
4  compliance with Court ordered deadlines. Accordingly, Plaintiff's
5  Motions must be denied if requesting additional time to conduct
6  discovery.

For the reasons set forth above, Defendants have no objection to a reasonable extension of time for Plaintiff to file a Response to Defendants' Motion for Summary Judgment. Defendants, however, respectfully request that the Court deny any extension of discovery.

DATED this 25th day of October, 2006.

JONES, SKELTON & HOCHULI, P.L.C.


By   s/Jennifer L. Holsman
     Daniel P. Struck
     Bar #012377
     Jennifer L. Holsman
     Bar #022787
     2901 North Central Avenue
     Suite 800
     Phoenix, Arizona  85012
     Telephone No.:(602) 263-7310
     Facsimile No.:(602) 651-7507
     E-Mail: dstruck@jshfirm.com
     E-Mail: jholsman@jshfirm.com
     Attorneys for Defendants,
     Corrections Corporation of
     America

     SANDBERG, WUESTENFELD & COREY
     Michael D. Corey
     ABA#8511130
     701 W. 8th Avenue, Suite 1100
     Anchorage, Alaska 99501
     Phone:  (907)276-6363
     Fax:  (907)276-3528
     E-Mailmdc1@aol.com
     Attorneys for Defendants

1704031.1                                3

1  Original e-filed with the
   Court this 25<u>th</u> day of October, 2006.
2
   <u>Certificate of Service</u>
3
   I hereby certify that on this ___ day of
4  October, 2006 a copy of the foregoing
   <u>Defendants' Response To Plaintiff's Motion For Extension</u>
5  <u>Of Time To File Response To Defendants' Motion For</u>
   <u>Summary Judgment</u> was served by U.S. Mail on:
6
   William R. Bailey, #25590
7  Springcreek Correctional Ctr.
   P.O. Box 5001
8  Seward, Alaska 99664
   Plaintiff *Pro Per*
9

10 <u>s/Jennifer L. Holsman</u>

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1704031.1                                       4