MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Bailey v. Addington, et al.*
Case No. 3:05-cv-172 TMB


By:            THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

On August 18, 2006, Plaintiff moved for an extension of time to conduct discovery. Docket 43. The Court denied that motion. Docket 52. Defendants have moved for Summary Judgment, (Docket 46), and Plaintiff now moves for an extension of time to oppose the summary judgment motion. Docket 54. Defendants do not oppose an extension of time, but they do object to Plaintiff's request in his motion for extension of time that he be permitted to conduct further discovery, citing the Court's previous order. Docket 57.

IT IS HEREBY ORDERED that the Motion for Extension of Time at Docket 54 is GRANTED, and Plaintiff shall have until December 8, 2006, to file an Opposition to Defendants' Motion for Summary Judgment at Docket 46. However, additional time to obtain discovery shall not be permitted.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: November 28, 2006