William R. Bailey, #25590
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

RECEIVED
DEC 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| WILLIAM R. BAILEY, | |
|---|---|
| PLAINTIFF, | |
| Vs. | |
| ADDINGTON, CORRECTIONS CORPORATION OF AMERICA, et al., | CASE No. A05-0172 CV.(TMB) |
| DEFENDANTS. | |

**MOTION IN OPPOSITION TO SUMMARY JUDGMENT**

**Comes Now** the Plaintiff **William R. Bailey**, in propria persona, submits this opposition motion to defendants motion for summary judgment. This motion is further supported by the accompanying memorandum of law, exhibits 1 thru 4, and affidavit.

Respectfully submitted this 8th day of December, 2006 at Seward, Alaska.

_____
WILLIAM R. BAILEY, #25590
SPINGCREEK CORRECTIONAL Ctr.
Po Box 5001/Old Nash Rd. #5
Seward, Alaska, 99664

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT THE FOREGOING
MOTION, MEMORANDUM OF LAW, and AFFIDAVIT
WITH EXHIBITS 1 Thru 4, were Mailed ( ✓ ) 12/8/06

TO:
Michael D. Corey
701 W. 8th Ave. Suite# 1100
Anchorage, Alaska, 99501

by _____

Motion In Opposition For Summary Judgment
Bailey v. Addington, et al.,
Case No. A05-0172Civ.(TMB)