# PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| WILLIAM BAILEY | FCC/L-H-104 | #25590 | 03-0361 |

**DATE OF APPEAL** 6-17-03    I am appealing the Superintendent's determination for the following reasons:

THE CLIMATE IN ARIZONA MAY VERY WELL BE OUT OF MAN'S HANDS. BUT THE DECISION TO PUT A HUMAN BEING IN A VEHICLE THATS NOT PROPERLY AIR-CONDITIONED NOR EQUIPPED WITH SAFTY BELTS FOR OVER AN HOUR IS ILLEGAL AND IN-HUMANE. OFFICER ARNETT STATED THAT SHE AND THE OTHER OFFICER DIDN'T HAVE RADIO'S TO CALL ANYONE. CLEARLY THOUGH, THEY WAS AWARE THAT I WAS BEING RELEASED FROM THE HOSPITAL FOR A HEART CONDITION. WHEN I FIRST MADE MENTION OF THE FACT THAT I WASN'T FEELING WELL IT SHOULDN'T OF TAKEN OVER 45 MINUTES TO GET ME OUT OF THAT VAN. THE GRIEVANCE RESPONDENT OPINES THAT IT'S A FACT OF LIFE OUT HERE IN THE DESSERT THAT PEOPLE GET HOT AND PASSES OUT. NOT FROM THE WORLD I'M FROM. THE ONLY ISSUE THATS SO OBVIOUS IS THE FACT THAT THE OFFICER'S LACKED THE TRAINING IN DEALING WITH EMERGENCY'S SUCH AS WHAT WAS TAKING PLACE. STATEMENTS SUCH AS, "WE'RE HOT TOO" I'M SORRY THERE'S NOTHING WE CAN DO" TYPIFY'S THEIR LACK OF COMPETENCE.
    SOMETHING ESCHEWS THE FACT THAT I PASSED-OUT. IF AS THE GRIEVANCE INVESTIGATOR PURPORTS THAT THE AIR-CONDITIONER WAS WORKING. THEN WHAT CAUSED ME TO PASS OUT? MAYBE IT WAS WHEN OFFICER ARNETT RAN THROUGH THE INNER SECTION AND SLAMMED ON THE BRAKES CAUSING ME TO BE THROWN UP AGAINST THE CAGE. BEING THAT THE VEHICLE DOESN'T HAVE ANY SEAT BELTS.

**PRISONER'S SIGNATURE:** W. Bailey

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE APPEAL STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

**DATE FILED IN COMPLIANCE:** 6/20/03    **GRIEVANCE COORDINATOR'S SIGNATURE:** _[signature]_

---

**DIRECTOR OF INSTITUTION'S/MEDICAL ADVISORY COMMITTEE'S DECISION:**

Dear Mr. Bailey:
Your appeal is granted in part. You should be transported by properly trained staff, who are appropriately equipped to respond to emergent conditions. I note that the staff were subjected to the same temperature conditons that you were.

MA:nmf

**DATE:** 9/02/03    **AUTHORIZED SIGNATURE:** _[signature]_

Michael Addington, Director, DOI

Distribution:  Original to Prisoner File
Institutional Grievance Coordinator / (Central Office) / Prisoner
Warden, AK Unit Manager, Records, DOI