AK DEPARTMENT OF CORRECTIONS

CH104

Medical Summary for Prisoner Transfer       From: _____   To: _____

Name: Bailey, William   D.O.B. 11-14-56   OBSCIS 025590      Exhibit #2

| Medication | Dose | Route | Instructions & Last Dose Given | Stop Date | MSAM | SM-ML | SM-SS | SM-KOP |
|---|---|---|---|---|---|---|---|---|
| Verapamil ER | 240mg | P.O. | Q.D. x 90 days | | ☐ | ☐ | ☐ | ☑ |
| Dyazide | 50/25 | P.O. | 1 tab Q.D. x 90 days | | ☐ | ☐ | ☐ | ☑ |
| Selenium sulfide | | Use | Q.O.D. x 90 days | | ☐ | ☐ | ☐ | ☑ |
| Anusol oint | | | Use PRN x 90 days | | ☐ | ☐ | ☐ | ☑ |
| Tucks | | | Use PRN x 90 days | | ☐ | ☐ | ☐ | ☑ |
| Relafen | 500mg | P.O. | BID x 90 days | | ☐ | ☐ | ☐ | ☑ |

Physical Limitations
- ☑ None
- ☐ Lifting <35#
- ☐ No prolonged standing
- ☐ No stairs
- ☐ Limited hearing
- ☐ Limited vision

Special Needs
- ☑ None
- ☐ Wheelchair
- ☐ In-house medical available
- ☐ Oxygen
- ☐ Med. Equip. _____

Mental Health
- ☐ No mental illness
- ☐ Acute suicide risk
- ☐ Mental illness, stable
- ☐ Mental illness, unstable
- ☐ Other _____

Cleared for placement to:
- ☐ CRC
- ☐ Anch. Area Only
- ☐ Pt. MAC
- ☐ Out of State
- ☐ Limited to: _____
- ☑ Any Institution

Precautions for:
- ☐ Respiratory
- ☐ Wound & Skin
- ☐ Suicide

TB Clearance: ✓ Yes ___ No
PPD Completed 11-18-02 Results 0 mm
   Date
CXR Completed _____ Results _____
   Date
Type and duration of TB treatment:
(Date listed must be within one year of this transfer)

Allergies: NKA

All Prisoners will be handled with precautions for body fluids.

| Does prisoner require any equipment to assist ambulation? (wheelchair, crutches, walker, etc.) | ___ Yes ✓ No | If yes, what equipment? |
| Does prisoner require any medical equipment? (Hep lock, foley, NG tube, oxygen, feeding tube) | ___ Yes ✓ No | If yes, what equipment? |
| Does prisoner have any physical disabilities? (blind, deaf, speech impaired, artificial limbs) | ___ Yes ✓ No | If yes, describe. |

| Is transfer for medical reasons?  ☐ Yes ☑ No   If so, why? | | |
|---|---|---|
| Medical record going with prisoner?  ☑ Yes ☐ No | | |
| Medication going with prisoner?  ☑ Yes ☐ No | | |
| Sign and Print Name of Health Care Staff<br>Dorothy Roche  RHIT | Phone Number<br>224-8174 | Date Signed<br>01-22-03 |

Is the prisoner being treated for any medical, dental, or mental health problem? ___ Yes ___ No
List problems/comments _____
_____
_____
_____

807.14E rev'd 01/10/01