# REQUEST FOR SERVICE

Exhibit # 3

Inmate Name __WILLIAM BAILEY__   Number __#25590__   Housing Location __L-H__

To __MR. BOND ASST. WARDEN__   Date __6-1-03__

Subject (State briefly the problem on which you need assistance) __ON 5-29-03 I RETURNED FROM CASA GRANDE HOSPITAL. I WAS TOLD THAT THE TEMPERATURE WAS WELL OVER A 100 degrees outside. HOWEVER, THE VAN THAT I WAS BEING TRANSPORTED IN WAS IN-ADEQUATELY EQUIPPED. I'M SURE YOU KNOW THE REST OF THE STORY MR. BOND. WHAT KEEPS COMING BACK TO MIND TO ME MR. BOND IS THAT CONVERSATION WE HAD WITH REGARDS TO CCA"S COMMITMENT TO PROFESSIONALISM AND COMPETENCE. GIVEN THAT THE VAN WAS ILLEQUIPED FOR THE TEMPERATURES OUTSIDE WAS ONE THING BUT FOR THE OFFICER TO NOT TAKE IMMEDIATE ACTION WHEN I BEGAN COMPLAINING WAS IRRESPONSIBLE. THE LAST THING I REMEMBER WAS STATING THAT I'M GETTING SICK AND THE LIGHTS WENT OUT.__

__SINCERELY__

Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.

## DO NOT WRITE BELOW THIS LINE

Referred To: _Chief Hansel_   By: _M.O. Bond_   Date: _6.3.03_

_What are we talking about?_

Disposition / Response _IF you are Refering to waiting in the vans while Sallyport Traffic clears, we have changed that procedure to speed the process up_

_[signature]_   _7-2-03_
Staff Member   Date

### Appointment to meet with staff

Staff member name _____
Staff member signature _____
Location of meeting _____
Time _____ Date _____

NOTE: If this area is filled out it will be your place to meet with requesting staff member at the designated time.

If no appointment is required initial here _____
600903-2148   ORIGINAL - INMATE   YELLOW - RESPONDENT