STATE OF ALASKA                                                          DEPARTMENT OF CORRECTIONS

# REQUEST FOR INTERVIEW
## SCCC

Exhibit # 4

| | | | |
|---|---|---|---|
| Name: WILLIAM R. BAILEY | OBS# #25590 | MOD: Kilo | Date: 5-21-05 |

**To:** WARDEN TURNBULL.

**Request:** SIR, THE SCREENED BACK GRIEVANCE STATES THAT THE ISSUE I'M RAISING IS NOT GRIEVABLE, FOR LACK OF JURISDICTION. I'M ONLY ASKING THAT THE DEPARTMENT ENSURE THAT THE "MEDICAL SUMMARY EXTRACTS" ARE PROPERLY FILLED OUT GIVEN THE LIMITED AMOUNT OF INFORMATION ALLOWED ON THEM. FORM 20-807.14E REPLACES FORM 20-807.06G. YET, EVEN IT'S USE IS NOT ADEQUATELY USED TO INFORM THE RECEIVING INSTITUTION IN THE EVENT OF EMERGENT SITUATIONS. THERE ARE MEN BEING SENT TO ARIZONA WITH SERIOUS HEALTH PROBLEMS. PROPER APPLICATION OF POLICY REQUIRES DOC TO ENSURE THEIR SAFETY.

**Prisoner Signature:** SINCERELY, [signed] Wm. B. Bailey #25590

**Action Taken:** Screening upheld

**Employee Signature:** [signed]   **Date:** 5/23/05

**Final Action Taken:**

**Employee Signature:**   **Date:**

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

**INMATE COPY**

Form 20-808.11                                                                                     Rev. 08/98