William R. Bailey, #25590
Springcreek Correctional Ctr.
Po Box 5001
Seward, Alaska, 99664

RECEIVED
DEC 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WIILIAM R. BAILEY,<br>    PLAINTIFF,<br><br>Vs.<br><br>ADDINGTON, CORRECTIONS<br>CORPORATION OF AMERICA, et<br>al.,<br>    DEFENDANTS. | CASE No. A05-0172 CV. (TMB) |

United States District Court)
                             ) ss:
District Of Alaska Anchorage)

### A F F I D A V I T

### IN SUPPORT OF MOTION IN OPPOSITION FOR SUMMARY JUDGMENT

I, **William R. Bailey**, first being duly sworn and deposes the following:

1. I am the named Plaintiff in the above matter.

2. That on 1/13/03, I was classified by a Probation officer in training by the name of Michele Nettleton, not in accordance with Department of Corrections policies and procedures; # 701.01 thru 760.01.

3. That at the classification hearing Plaintiff sought to be excluded from placement at the for profit prison in Arizona for medical concerns.

4. That the Probation officer in training, Michele Nettleton, was not familiar with the classifications procedures to conduct the proper hearing.

**Affidavit In Support Of Motion In Opposition To Summary Judgment**
Bailey v. Addington, et al.,
Case No. A05-0172Cv.(TMB)                                              page 1 of 2

Affidavit In Support
Of Opposition To
Summary Judgment

5. That when Po. Nettleton, said that she didn't have anything to with medical that I'd have to see medical about a waiver.

6. On 1/23/03, Plaintiff went to medical to ascertain from defendant Norcrosss, waiver to not be sent Arizona, defendant Norcross, said that he had nothing to do with the transfers, that everything was being coordinated out of Anchorage central office.

7. Plaintiff met with Supervising Po. Clifford Simons, and sought his intervention to not be sent to Arizona as well, as Plaintiff reiterated that I had a serious medical condition (Arrhythmia of the heart).

8. Plaintiff introduce as exhibits in further support of this affidavit, exhibits 1, 2, 3, and 4, from the motion for additional discovery pursuant to Civil Rule 56(f).

9. Plaintiff also introduce as exhibits the complaint, exhibit "A", the 4 attached exhibits 1 thru 4 as well.

Plaintiff attest under penalty of perjury that following is true and correct.

Further Affiant Sayeth Naught.

Dated this 5th day of December, 2006, at Seward, Alaska.

WILLIAM R. BAILEY.#25590
Springcreek Corr. Ctr.
Po Box 5001
Seward, Alaska, 99664



Ruben Parra, Notary Public
My Commission Expires April 16, 2008

Affidavit In Support Of Motion In Opposition To Summary Judgment
Bailey v. Addington, et al.,
Case No. A05-0172CV.(TMB)                                    Page 2 of 2