Daniel P. Struck
Jennifer L. Holsman
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7310
Fax: (602) 200-7811
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

*Attorneys for Defendants, Corrections Corporation of America Mike Addington, Ken Braz, Clifford Simons, Karl Stansel, Frank Luna and Dr. Rebecca Bingham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| William R. Bailey, | Case No. A05-0172 CIV |
| Plaintiff, | (The Honorable Timothy Burgess) |
| v. | |
| Corrections Corporation of America, et al, | |
| Defendants, | |

**NOTICE OF SETTLEMENT**

Defendants, CORRECTIONS CORPORATION OF AMERICA, MIKE ADDINGTON, KEN BRAZ, CLIFFORD SIMONS, KARL STANSEL, FRANK LUNA and DR. REBECCA BINGHAM, through counsel, hereby notifies this Court that all parties have reached a settlement in this matter. The parties will be filing a Stipulation to Dismiss with Prejudice and proposed Order in the near future.

1750190.1

Respectfully submitted this 8th day of March, 2007.

JONES, SKELTON & HOCHULI, P.L.C.


BY __/s/Jennifer L. Holsman
　　Daniel P. Struck, Bar No. 012377
　　Jennifer L. Holsman, Bar No. 022787
　　2901 North Central Avenue, Suite 800
　　Phoenix, Arizona  85012
　　Phone: 602-263-7310
　　Fax: 602-65107507
　　E-Mail: dstruck@jshfirm.com
　　E-Mail: jholsman@jshfirm.com

　　Michael D. Corey
　　ABA #8511130
　　SANDBERG, WUESTENFELD &
　　COREY
　　701 W. 8th Avenue, Suite 1100
　　Anchorage, Alaska 99501
　　Phone: 907-276-6363
　　Fax: 907-276-3528
　　E-Mail: mdc@aol.com

*Attorneys for Defendants Corrections Corporation of America Mike Addington, Ken Braz, Clifford Simons, Karl Stansel,  Frank Luna and  Dr. Rebecca Bingham*

Original e-filed with the Court
this 8th day of March, 2007.

COPY mailed this same day, to:

William R. Bailey
#25590
Springcreek Correctional Center
P.O. Box 5001
Seward, Alaska 99664


/s/Peggy Sue Trakes

1750190.1                                        2