Daniel P. Struck
Jennifer L. Holsman
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7310
Fax: (602) 200-7811
dstruck@jshfirm.com
jholsman@jshfirm.com

Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-276-6363

*Attorneys for Defendants, Corrections Corporation of America Mike Addington, Ken Braz, Clifford Simons, Karl Stansel, Frank Luna and Dr. Rebecca Bingham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA AT ANCHORAGE

| William R. Bailey, | Case No. A05-0172 CIV |
|---|---|
| Plaintiff, | (The Honorable Timothy Burgess) |
| v. | |
| Corrections Corporation of America, et al, | |
| Defendants, | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff William R. Bailey and counsel for Defendants, Corrections Corporation of America, Mike Addington, Ken Braz, Clifford Simons, Karl Stansel, Frank Luna and Dr. Rebecca Bingham, hereby stipulate and agree that this lawsuit with respect to Defendant William R. Bailey along with all claims which were brought, or which could have been brought, is dismissed, with prejudice, each party to bear its own costs, interest

1754890.1

1. and attorney fees.

2. Respectfully submitted this 28th day of March, 2007.

3. JONES, SKELTON & HOCHULI, P.L.C.

BY /s/ W____ R. Bailey
William R. Bailey, Plaintiff
Springcreek Correctional Center
P.O. Box 5001
Seward, Alaska 99664

BY /s/ Daniel P. Struck
Daniel P. Struck, Bar No. 012377
Jennifer L. Holsman, Bar No. 022787
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Phone: 602-263-7310
Fax: 602-65107507
E-Mail: dstruck@jshfirm.com
E-Mail: jholsman@jshfirm.com

Michael D. Corey
ABA #8511130
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: 907-276-6363
Fax: 907-276-3528
E-Mail: mdc@aol.com

*Attorneys for Defendants Corrections Corporation of America Mike Addington, Ken Braz, Clifford Simons, Karl Stansel, Frank Luna and Dr. Rebecca Bingham*

Original e-filed with the Court this 28th day of March, 2007.

COPY mailed this same day, to:

William R. Bailey
#25590
Springcreek Correctional Center
P.O. Box 5001
Seward, Alaska 99664

/s/ Carol S. Madden

1754890.1

2