UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| William R. Bailey,<br><br>                    Plaintiff,<br><br>v.<br><br>Corrections Corporation of America, et al,<br><br>                    Defendants, | Case No. A05-0172 CIV<br><br>(The Honorable Timothy Burgess) |

## ORDER FOR DISMISSAL

Upon stipulation of the parties and with good cause appearing;

IT IS HEREBY ORDERED dismissing Plaintiff's cause of action against Defendants, with prejudice, with each side to bear their own costs and attorneys' fees.

Dated this _____ day of _____, 2007.


_____
Timothy J. Burgess
Judge of the United States District Court

1759995.1