UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| William R. Bailey, | Case No. 3:05-cv-0172 TMB |
|---|---|
| Plaintiff, | |
| v. | |
| Corrections Corporation of America, et al, | |
| Defendants, | |

## ORDER FOR DISMISSAL

Upon stipulation of the parties and with good cause appearing;

IT IS HEREBY ORDERED dismissing Plaintiff's cause of action against Defendants, with prejudice, with each side to bear their own costs and attorneys' fees.

Dated this 2nd day of April, 2007.

/s/ Timothy M. Burgess
Timothy J. Burgess
Judge of the United States District Court

1759995.1